UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS SWENSON, MARK A. ELLISON, DAVID D. SWENSON, JEREMY S. SWENSON,<br><br>Defendants. | Case No. 1:13-cr-00091-BLW<br><br>ORDER |

**IT IS HEREBY ORDERED:**

1. The Current trial readiness conference is **VACATED** and **RESCHEDULED** for **January 9, 2014 at 9:00 a.m.** in the Federal Courthouse in Boise, Idaho. The conference may continue into the next day, **January 10, 2014**, if necessary.

2. Motions in Limine shall be filed on or before **December 20, 2013**, with response briefs due **January 6, 2014**, and optional reply briefs due **January 7, 2014**.

3. All other pretrial motions shall be filed on or before **December 12, 2013**, with response briefs due **December 27, 2013**, and reply briefs due **January 3, 2014**.

4. The parties shall notify the Court about which motions, including motions to suppress, require oral argument or presentation of evidence. Oral argument and presentation of evidence will occur at the trial readiness conference on **January 9, 2014**.



DATED: December 4, 2013

B. Lynn Winmill
Chief Judge
United States District Court